IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              CASE NO: 1:13-CR-10008-001

RICARDO TELLO-PARRA                                                   DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 19). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on March 6, 2013, in this matter. Upon consideration of the same, the Court is of the opinion that Motion should be granted. Therefore, the Indictment filed in this matter is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 31st day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　United States District Judge